# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0030.     RICARDO LEWIS v. INDUSTRIAL BOULEVARD ACQUISTIONS, LLC.**

In this motion for emergency relief, Ricardo Lewis asks this Court to stay eviction proceedings as to commercial property that was leased by Industrial Boulevard Acquisitions, LLC ("IBA"), to StoneCrest Contractors, LLC. Based on the limited information included in the filing, it appears that the State Court of Rockdale County first granted a writ of possession to IBA in 2024. Lewis — who signed the lease as StoneCrest's "CEO" and who is not an attorney — filed an emergency motion to stay the eviction; the trial court denied the motion, advising that StoneCrest cannot represent itself and must be represented by an attorney. Lewis also attempted to initiate bankruptcy proceedings on behalf of StoneCrest; the bankruptcy court, too, advised that StoneCrest must be represented by an attorney. On July 30, 2025, the trial court entered another writ of possession against StoneCrest. Lewis — now purporting to act in his personal capacity — filed several pleadings seeking to vacate the writ of possession. The trial court denied Lewis's requests, concluding that he had no standing to challenge the dispossessory proceeding in his personal capacity, and entered a bill of peace. According to Lewis, he appealed those orders. He also filed the present emergency motion, asking this Court to intervene and stay the eviction.

The writ of possession at issue in this case was granted to IBA and against StoneCrest, and a limited liability company must be represented by an attorney in

proceedings before this Court.[1] To the extent Lewis is attempting to act on behalf of StoneCrest to secure a stay of the eviction, he cannot do so because he is not an attorney. To the extent Lewis is attempting to act in his personal capacity to secure a stay of the eviction, he has not demonstrated that he has standing to do so.

Consequently, this emergency motion is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   08/20/2025   *

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] See *Odion v. Avesis, Inc.*, 327 Ga. App. 443, 445 (2) (759 SE2d 538) (2014); see also *Eckles v. Atlanta Technology Group*, 267 Ga. 801, 805 (2) (485 SE2d 22) (1997) ("In this state, only a licensed attorney is authorized to represent a corporation in a proceeding in a court of record . . . .").